# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. DAVID MOORE, and<br>STATE OF CALIFORNIA,<br>ex rel. DAVID MOORE, and<br>STATE OF DELAWARE,<br>ex rel. DAVID MOORE, and<br>DISTRICT OF COLUMBIA,<br>ex rel. DAVID MOORE, and<br>STATE of FLORIDA,<br>ex rel. DAVID MOORE, and<br>STATE of ILLINOIS,<br>ex rel. DAVID MOORE, and<br>STATE of INDIANA,<br>ex rel. DAVID MOORE, and<br>STATE of MICHIGAN,<br>ex rel. DAVID MOORE, and<br>STATE OF NEVADA,<br>ex rel. DAVID MOORE, and<br>STATE OF NEW MEXICO,<br>ex rel. DAVID MOORE, and<br>STATE OF NEW YORK,<br>ex rel. DAVID MOORE, and<br>STATE OF TENNESSEE,<br>ex rel. DAVID MOORE, and<br>STATE OF TEXAS,<br>ex rel. DAVID MOORE<br><br>    *Plaintiffs*,<br><br>v.<br><br>GLAXOSMITHKLINE, LLC,<br><br>    *Defendant*. | Case No. 06-6047-CV<br>Hon. Brian M. Cogan<br><br><br><br><br><br>**Notice of Motion**<br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that, upon the accompanying Defendant *GlaxoSmithKline, LLC's* Memorandum of Law in Support of its Motion to Dismiss Relator's Second Amended Complaint, submitted herewith, and all the prior pleadings and proceedings

had herein, the undersigned will move this Court, before the Honorable Brian M. Cogan, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York 11201, on such date and time as the Court sets, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and individual state laws dismissing the claims against Defendant *GlaxoSmithKline, LLC* in their entirety, with prejudice, and for such other relief as the Court deems just, reasonable and proper.

**PLEASE TAKE FURTHER NOTICE** that any opposing affidavits and answering memoranda shall be served on the undersigned on or before February 28, 2013.

Dated: February 14, 2013

Respectfully submitted,

 /s/ Jason Brown_____
Jason Brown (SB7824)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 841-0478 (Tel)
(646) 728-1649 (Fax)